IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN-JAMES MACHUL, | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:19-mc-11 |
| STATE OF FLORIDA, | | JUDGE WALTER H. RICE |
| Defendant. | : | |

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #20); OVERRULING PLAINTIFF'S MOTION TO TRANSFER TO UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT (DOC. #19); OVERRULING PLAINTIFF'S "OPEN RECORDS REQUEST" (DOC. #22); CASE TO REMAIN TERMINATED ON DOCKET

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Sharon L. Ovington in her Report and Recommendations, Doc. #20, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing. Although Plaintiff was notified of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections were filed within the time allotted.

Plaintiff's Motion to Transfer to the United States Court of Appeals for the Federal Circuit, Doc. #19, is OVERRULED, because the Court lacks jurisdiction to grant his request.

Plaintiff also filed a document entitled "Open Records Request," Doc. #22, in which he asks the Court to remove Magistrate Judge Ovington from this case because he never consented to her jurisdiction. His consent, however, is not required. Pursuant to General Order No. Day 12-01 and Dayton General Order No. 13-01, all *pro se* cases are referred to a magistrate judge for all pretrial purposes. Plaintiff's request is therefore OVERRULED.

The captioned case shall remain terminated on this Court's docket.

Date: July 9, 2020

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE